**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JAMES D. LYONS,** ) | **CASE NO. 4:03CV1620** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **SUZANNE BRANDLY, et al.,** ) | |
| ) | **ORDER** |
| ) | |
| **Defendant.** ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge James S. Gallas. (Dkt. #124).

On July 31, 2003, Plaintiff filed this *pro se* action alleging deprivation of medical care and medical malpractice. (Dkt. #1). On February 11, 2004, this case was referred to Magistrate Judge James S. Gallas for general pre-trial supervision. (Dkt. #33). Magistrate Judge Gallas issued a Report and Recommendation on August 24, 2005. (Dkt. #124). On September 30, 2005, the Court adopted the Magistrate Judge's report and recommendation. (Dkt. #131). The Court then granted Plaintiff's Nunc Pro Tunc Motion to Allow Objections. (Dkt. #136).

The Court has reviewed the report and recommendation of the Magistrate Judge and Plaintiff's objections *de novo*. The Court finds that the report and recommendation is well-

supported and that Plaintiff's objections are without merit. Therefore, Magistrate Judge Gallas' report and recommendation is hereby **ADOPTED** and Plaintiff's objections are overruled.

    **IT IS SO ORDERED**.

                                                **/s/ Peter C. Economus - December 28, 2005**
                                                **PETER C. ECONOMUS**
                                                **UNITED STATES DISTRICT JUDGE**