# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JAMES D. LYONS,** ) | **CASE NO. 4:03CV1620** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **SUZANNE BRANDLY, et al.,** ) | |
| ) | **ORDER** |
| ) | |
| **Defendant.** ) | |

This matter is before the Court upon Magistrate Judge James S. Gallas's report and recommendation, filed on February 23, 2007. (Dkt. # 188). In his report, the Magistrate recommended that the motion to dismiss and/or change/transfer venue (Dkt. # 153) be denied without prejudice due to the recently filed motion for summary judgment.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has timely filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th

1

Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 188) is hereby **ADOPTED**, and the motion to dismiss and/or change/transfer venue (Dkt. # 153) is **DENIED** without prejudice.

**IT IS SO ORDERED**.

/s/ **Peter C. Economus - March 13, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**